# Center for Constitutional Rights

A NON-PROFIT LEGAL/EDUCATIONAL ORGANIZATION COMMITTED TO THE CREATIVE USE OF LAW AS A POSITIVE FORCE FOR SOCIAL CHANGE.

BY FAX TO (718) 260-2457

June 18, 2002

The Honorable Judge John Gleeson
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:   *Turkmen v. Ashcroft*, CV 02-2307 (E.D.N.Y.)
                (Gleeson, J.)

Dear Judge Gleeson:

    On behalf of the plaintiffs in the above-captioned suit, I respectfully request a brief extension of time to submit a response to Timothy Garren's letter of June 13th on behalf of the United States and the four named defendants in this matter requesting a pre-motion conference. Because of a fax machine problem, plaintiffs did not receive this letter until late on June 14th. Our expert on international law matters, Paul Hoffman, is arguing a case before the Ninth Circuit Court of Appeals today. In order to accommodate his schedule and the pre-existing commitments of the other attorneys for the plaintiffs, I respectfully request an extension of time until Tuesday, June 25th. Mr. Garren has kindly consented to this extension of time.

    If questions arise, please call me at (212) 614-6420.

                                Respectfully submitted,

                                Nancy Chang
                                Counsel for Plaintiffs

cc: Timothy Garren, Esq., DOJ (by fax to (202) 616-4314)

*[Handwritten:]* The application is granted. A pre-motion conference will be held on July 9, 2002 at 4:30 p.m. So ordered.
          USDJ
          6-18-02

666 Broadway  New York, NY 10012  U.S.A.  Tel 212.614.6464  Fax 212.614.6499  Email info@CCR-NY.org