# Center for Constitutional Rights

A NON-PROFIT LEGAL/EDUCATIONAL ORGANIZATION COMMITTED TO THE CREATIVE USE OF LAW AS A POSITIVE FORCE FOR SOCIAL CHANGE.

By fax to (718) 260-2457

October 22, 2002

The Honorable Judge John Gleeson
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                        Re:   *Turkmen v. Ashcroft*, CV 02-2307
                              (E.D.N.Y.) (Gleeson, J.)

Dear Judge Gleeson:

      Plaintiffs' brief in opposition to the motion to dismiss the complaint in this action is due this Friday, October 25th, and defendants' reply brief is due exactly three weeks later, on November 15th. Oral argument is scheduled for December 13, 2002. With the permission of counsel for the defendants, Timothy Garren, I am writing to request a two-business-day extension of time for the submission of both of these briefs, so that plaintiffs' brief would be due on Tuesday, October 29th, and defendants' brief would be due on Tuesday, November 19th.

      Your attention to this matter is greatly appreciated. If any questions arise, I can be reached at 212/614-6420. My fax number is 212/614-6499.

                                            Respectfully submitted,

                                            Nancy Chang
                                            Counsel for Plaintiffs

cc: Timothy Garren, Esq., DOJ (by fax to (202) 616-4314)

*[Handwritten notation: "Granted. So ordered. [signature] USDJ 10-23-02"]*

666 Broadway  New York, NY 10012  U.S.A.  Tel 212.614.6464  Fax 212.614.6499  Email info@CCR-NY.org

Case 1:02-cv-02307-JG-SMG   Document 13   Filed 10/25/02   Page 2 of 2