UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IBRAHIM TURKMEN,
ASIF-UR-REHMAN SAFI, SYED AMJAD
ALI JAFFRI, YASSER EBRAHIM, HANY
IBRAHIM, SHAKIR BALOCH, and AKIL
SACHVEDA, on behalf of themselves and
all others similarly situated,

                 Plaintiffs,

       -against-

JOHN ASHCROFT, Attorney General of
the United States, ROBERT MUELLER,
Director of the Federal Bureau of
Investigation, JAMES W. ZIGLAR,
Commissioner of the Immigration and
Naturalization Service, DENNIS HASTY,
former Warden of the Metropolitan
Detention Center, MICHAEL ZENK,
Warden of the Metropolitan Detention
Center, JOHN DOES 1-20, Metropolitan
Detention Center, Corrections Officers,
JOHN ROES 1-20, Federal Bureau of
Investigation and/or Immigration and
Naturalization Service Agents,

                 Defendants.

-----------------------------------------------------------X

                               ORDER
                               02 CV 2307 (JG)

APPEARANCES:

    WILLIAM GOODMAN
    BARBARA J. OLSHANSKY
    NANCY CHANG
        Center for Constitutional Rights
        666 Broadway, 7th Floor
        New York, NY 10012
        Attorneys for Plaintiffs

> DOUGLAS LETTER
> TIMOTHY P. GARREN
>
> > United States Department of Justice
> > Ben Franklin Station, P.O. Box 7146
> > Washington, D.C. 20044
> > Attorneys for the United States, John
> >   Ashcroft, Robert Mueller, James W. Ziglar,
> > Dennis Hasty and Michael Zenk

JOHN GLEESON, United States District Judge:

The defendants stated at the December 19, 2002, hearing on their motion to dismiss that they believed that plaintiffs had dropped their claim that their right to counsel under the Sixth Amendment had been violated. (Tr. at 22.) Plaintiffs are directed to submit a letter simply informing me whether they are pursuing this claim.

So Ordered.

JOHN GLEESON, U.S.D.J.

DATED:   Brooklyn, New York
         February 14, 2003

2