

**U.S. Department of Justice**

Civil Division

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

# ORIGINAL

*Washington, D.C. 20530*

May 21, 2004

<u>via Federal Express overnight delivery</u>

Honorable Cheryl Pollak
U.S. Magistrate Judge
U.S. District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   <u>Turkmen, et al. v. Ashcroft, et al., No. 02 CV 2307 (E.D.N.Y.) (JG)</u>

Dear Judge Pollak:

This letter is submitted on behalf of the government agencies subject to subpoenas for documents in the above captioned case.  On May 20, 2004, this Office received by Federal Express overnight delivery plaintiffs' letter dated May 19, 2004 ("Plaintiffs' Letter"), seeking an order to compel discovery. Ordinarily, a party wanting to respond to a letter filed pursuant to Local Rule 37.3(c) has three days to do so. However, because this case involves the assertion of privilege, the responsive government agencies will require additional time to produce the appropriate declarations asserting privilege.

Undersigned counsel contacted Nancy Chang, counsel for plaintiffs, regarding her clients' position regarding an extension of time to file a response to Plaintiffs' Letter.  Ms. Chang stated that her clients agree that the government agencies may file their response by Tuesday, June 1, 2004.[1]

///
///
///

---

[1]   In the interim, the government will be responding to part of Ms Chang's concerns by addressing the letters of November 20, 2003, and January 5, 2004.

5/24/04

-2-

Accordingly, this letter is provided to inform the Court that, by agreement of the parties, the responsive government agencies will provide a response to Plaintiffs' Letter and will file it with the Cour on Tuesday, June 1, 2004. If you have any question, please contact me.

Respectfully submitted,

ERNESTO H. MOLINA, JR. (EM4955)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044-0878
TEL: (202) 616-9344
FAX: (202) 616-4975
Attorney for the Named Defendants in their
Official Capacities

cc:     Nancy Chang (Counsel for Plaintiffs)
        Center for Constitutional Rights
        666 Broadway, 7th Floor
        New York, NY 10012

So Ordered

U.S.M.J.
5/24/03