Case 1:02-cv-02307-JG-SMG   Document 84   Filed 08/13/04   Page 1 of 1

CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE

DATE: 8/13/04
TIME SPENT: 30 MIN

DOCKET NO. 02 CV 2307 (JG)

CASE: Turkmen v Ashcroft

____ INITIAL CONFERENCE
____ DISCOVERY CONFERENCE
____ SETTLEMENT CONFERENCE
____ OTHER/STATUS CONFERENCE
____ FINAL/PRETRIAL CONFERENCE
✓ TELEPHONE CONFERENCE

**MANDATORY DISCLOSURE:**

____ COMPLETED          ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ JOINT PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY _____

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

-- Government to notify court by August 17 as to the position with respect to the intervenors application