IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 16 2005 ★
BROOKLYN OFFICE

IBRAHIM TURKMEN, et al.,

    Plaintiffs,

v.

JOHN ASHCROFT, Attorney General of the United States, et al.,

    Defendants.

No. 02 CV 2307 (JG)

## [~~PROPOSED~~] ORDER

The motion for admission of Kyler E. Smart to practice pro hac vice in the above-captioned matter is granted. The admitted attorney is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms Ms. Smart's appearance as counsel in this case, for Defendant Dennis Hasty, and it will be entered on the Court's docket. A notation of her admission pro hac vice for the above-listed case will be made on the roll of attorneys.

Ms. Smart must serve a copy of this Order on all other counsel in this case. *and pay the required fee if she hasn't already.*

Dated:

s/John Gleeson  — 5-6-05
The Honorable John Gleeson
United States District Judge

cc:    Kyler E. Smart, Esq.
        Court File