IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBRAHIM TURKMEN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHN ASHCROFT, Attorney General of ) <br> the United States, et al., ) <br> Defendants. ) <br> ) | No. 02 CV 2307 (JG) |

## [PROPOSED] ORDER

The motion for admission of Matthew F. Scarlato to practice pro hac vice in the above-captioned matter is granted. The admitted attorney is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms Mr. Scarlato's appearance as counsel in this case, for Defendant Dennis Hasty, and it will be entered on the Court's docket. A notation of his admission pro hac vice for the above-listed case will be made on the roll of attorneys.

Mr. Scarlato must serve a copy of this Order on all other counsel in this case. And pay the fee if he hasn't already.

Dated: 5-6-05

s/John Gleeson
The Honorable John Gleeson
United States District Judge

cc: Matthew F. Scarlato, Esq.
Court File