UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IBRAHIM TURKMEN, et al.,

                     Plaintiffs,

-against-

JOHN ASHCROFT, et al.,

                     Defendants.
-----------------------------------------------------------------X

JUDGMENT
02-CV-2307 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 22 2006 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 18, 2006, granting plaintiffs' motion for certification; and directing the Clerk of Court to enter final judgment pursuant to Fed. R. Civ. P. 54(b) on claims 1, 2, 24, 25, and to the extent it was dismissed by the Memorandum and Order of June 14, 2006, on claim 5; it is

ORDERED and ADJUDGED that plaintiffs' motion for certification is granted; and that final judgment is hereby entered on claims 1, 2, 24, 25, and to the extent it was dismissed by the Memorandum and Order of June 14, 2006, on claim 5.

Dated: Brooklyn, New York
        August 22, 20006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court