**SHAW, BRANSFORD & ROTH, P.C.**
*Attorneys at Law*
1100 Connecticut Ave., N.W., Suite 900
Washington, D.C. 20036
(202) 463-8400

Fax:
(202) 833-8082

Web:
www.shawbransford.com

November 19, 2009

**VIA ELECTRONIC FILING**

The Honorable Steven M. Gold
Chief United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Turkmen, et al. v. Ashcroft, et al.**
      **Docket No. 02-CV-2307 (JG)(SMG)**

Dear Chief Judge Gold:

On behalf of Defendant James Sherman, we seek leave to file this pre-motion letter in which we state our intent to join Defendant former Attorney General John Ashcroft's November 16, 2009 letter in response to Plaintiffs' November 2, 2009 request for a pre-motion conference.

Respectfully submitted,

Debra L. Roth