FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 17 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
IBRAHIM TURKMEN, et al.,

                Plaintiffs,      02 CV 2307 (JG) (SMG)

      - against -

JOHN ASHCROFT, et al,

                                    **ORDER**

                Defendants.
----------------------------------------x

Upon Consideration of the Motion for Voluntary Dismissal by Plaintiffs Asif-Ur-Rehman Saffi, Yasser Ebrahim, Hany Ibrahim, Shakir Baloch and Ashraf Ibrahim, and for good cause shown, it is hereby ORDERED, pursuant to Rule 41(a)(2) of the Federal Rules of Civil procedure, that all claims of Plaintiffs Saffi, Ebrahim, H. Ibrahim, Baloch and A. Ibrahim against all Defendants are dismissed with prejudice, with each party bearing its own fees, costs and expenses.

                              So ordered.

                              s/John Gleeson
                              _____
                              John Gleeson, U.S.D.J.

DATED:    March 16, 2010
                Brooklyn, New York