UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IBRAHIM TURKMEN, et al.,                                  :    02 CV 2307 (JG) (SMG)
:
                                       Plaintiffs,         :
:    **NOTICE OF JOINT MOTION**
           - against -                                     :    **FOR LEAVE TO INTERVENE**
:    **AND TO AMEND THE**
JOHN ASHCROFT, et al,                                      :    **COMPLAINT**
:
                                       Defendants.         :    **ECF CASE**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that proposed intervenors Ahmer Iqbal Abbasi, Anser Mehmood, Benamar Benatta, Ahmed Khalifa, Saeed Hammouda and Purna Raj Bajracharya move this Court, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for leave to intervene as plaintiffs, and to file the proposed Fourth Amended Complaint which, pursuant to the Protective Order entered August 5, 2005, they have served separately on the parties and are submitting to the Court for filing under seal.

      The proposed intervenors are members of the class defined in the complaint, and have claims defined as class claims. Thus, they have an interest relating to the subject matter of this action; disposing of the action will impair or impede their ability to protect their interest; and their interest is not adequately represented by existing parties. Alternatively, they have claims that share with the action common questions of law and fact.

      PLEASE TAKE FURTHER NOTICE that plaintiffs Ibrahim Turkmen and Akhil Sachdeva also move this Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to amend their complaint as set forth in the proposed Fourth Amended Complaint which, pursuant to the Protective Order entered August 5, 2005, they are have served separately on the parties and are submitting to the Court for filing under seal.

Pursuant to the Order of this Court entered March 18, 2010, opposing papers must be served and filed on or before April 22, 2010, reply papers must be served and filed on or before May 6, 2010, and the motion will be heard at 2 p.m. on May 26, 2010.

Dated: New York, New York
March 25, 2010

>Respectfully submitted,
>
>s/ Rachel Meeropol
>Rachel Meeropol
>Sunita Patel
>William Quigley[1]
>CENTER FOR CONSITUTIONAL RIGHTS
>666 Broadway, 7th Floor
>New York, New York 10012-2317
>Tel.:  (212) 614-6432
>Fax:  (212) 614-6499
>RachelM@ccrjustice.org
>
>C. William Phillips
>Michael Winger
>Joanne Sum-Ping
>Pamela Sawhney
>COVINGTON & BURLING LLP
>The New York Times Building
>620 Eighth Avenue
>New York, New York 10018-1405
>Tel.:  (212) 841-1000
>Fax:  (212) 841-1010
>mwinger@cov.com
>
>*Attorneys for Plaintiffs*
>*and Proposed Intervenors*

---

[1] Not admitted in New York; admitted in Louisiana.

2