```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IBRAHIM TURKMEN, et al.,

                        Plaintiffs,
                                                                    ORDER
        -against-
                                                                    02-CV-2307 (JG) (SMG)
JOHN ASHCROFT, ROBERT MUELLER,
JAMES W. ZIGLAR, DENNIS HASTY,
MICHAEL ZENK, JAMES SHERIDAN,
SALVATORE LOPRESTI, and JOSEPH CUCITI,

                        Defendants.
----------------------------------------------------------------x
```

JOHN GLEESON, United States District Judge:

On June 30, 2010, Magistrate Judge Gold issued a report recommending that I grant the motions for leave to intervene and to file a Fourth Amended Complaint made by six proposed intervenors and the remaining Passaic County plaintiffs. The defendants objected to the report insofar as it recommended granting the motion for leave to file another amended complaint.

I agree with Magistrate Judge Gold's recommendation. Therefore, both motions are granted and there is no need to resolve the parties' dispute over what standard of review applies to his recommendation.

The Fourth Amended Complaint shall be unsealed and made available in the public file on September 10, 2010. The intervening two-week period is intended to permit the government to make an application to Magistrate Judge Gold if it wishes portions of the complaint to remain under seal.

                                                                    So ordered.

So Ordered.

John Gleeson, U.S.D.J.

August 26, 2010
Brooklyn, New York