

U.S. Department of Justice
United States Attorney
Eastern District of Virginia

*Telephone: (703) 299-3700*
*Facsimile: (703) 299-3983*

September 15, 2010

**VIA ELECTRONIC FILING**

The Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Turkmen, *et al.* v. Ashcroft, *et al.*</u>, No. 02cv2307 (JG)

Dear Judge Gleeson:

      Pursuant to Local Civil Rule 1.4, I respectfully seek leave of court to withdraw as counsel of record in this action for individual-capacity defendant John Ashcroft, former Attorney General of the United States. I am resigning from the United States Department of Justice in order to assume a new position with the General Services Administration. Former Attorney General Ashcroft, in his individual capacity, will continue to be represented by Assistant United States Attorney Dennis Barghaan.

      Thank you for your consideration of this request.

                                 Sincerely,

                                 Larry Lee Gregg
                                 Assistant United States Attorney, Civil Chief
                                 Special Department of Justice Attorney

cc:      Counsel of Record (via ECF)