IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBRAHIM TURKMEN, AKHIL SACHDEVA, AHMER IQBAL ABBASI, ANSER MEHMOOD, BENAMAR BENATTA, AHMED KHALIFA, SAEED HAMMOUDA, and PURNA RAJ BAJRACHARYA on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN ASHCROFT, former Attorney General of the United States, ROBERT MUELLER, Director of the Federal Bureau of Investigation, JAMES W. ZIGLAR, former Commissioner of the Immigration and Naturalization Service, DENNIS HASTY, former Warden of the Metropolitan Detention Center (MDC), MICHAEL ZENK, former Warden of the MDC, JAMES SHERMAN, former MDC Associate Warden for Custody, SALVATORE LOPRESTI, former MDC Captain, and JOSEPH CUCITI, former MDC Lieutenant,<br><br>    Defendants. | Case No. CV-02-2307 (JG)(SMG) |

**DEFENDANT DENNIS HASTY'S NOTICE OF**
**MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 12(b), Defendant Dennis Hasty moves this Court, the Honorable John Gleeson, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an order dismissing all claims alleged against him in his individual capacity in Plaintiffs' Fourth

Amended Complaint. The grounds in support of this Motion are fully set forth in the accompanying Memorandum of Law. In addition, Hasty relies upon Plaintiffs' "stipulat[ion] that any issue preserved by Defendants in their 2006 appeals and not yet decided by the Court of Appeals may still be argued in that court." *Letter to Court* (Oct. 11, 2010) (Dkt. No. 733), at 1. For similar purpose of appellate preservation, Hasty respectfully incorporates the merits arguments in his previous memorandum in support of the Motion to Dismiss the Third Amended Complaint (Dkt. No. 205-1) by reference.

                                                Respectfully submitted,

Dated: November 12, 2010                                  /s/
                                                Michael L. Martinez (MM 8267)
                                                David E. Bell (4684)
                                                CROWELL & MORING LLP
                                                1001 Pennsylvania Avenue, N.W.
                                                Washington, DC  20004-2595
                                                Phone: (202) 624-2500
                                                Fax: (202) 628-5116
                                                E-mail:  mmartinez@crowell.com
                                                E-mail:  dbell@crowell.com

                                                *Counsel for Defendant Dennis Hasty*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing Notice of Motion to Dismiss the Fourth Amended Complaint and accompanying Memorandum of Law with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in the case as follows:

      Rachel Anne Meeropol
      Michael Winger
      Center for Constitutional Rights
      666 Broadway 7th Floor
      New York, New York 10012
      RachelM@ccrjustice.org
      michael1winger@gmail.com

      Dennis C. Barghaan, Jr.
      Assistant U.S. Attorney
      2100 Jamieson Avenue
      Alexandria, Virginia 22314
      dennis.barghaan@usdoj.gov

      Craig Lawrence
      United States Attorney's Office for the District of Columbia
      555 4th Street, N.W.
      Washington, D.C. 20001
      craig.lawrence@usdoj.gov

      William Alden McDaniel, Jr.
      Law Office of William Alden McDaniel, Jr.
      118 West Mulberry Street
      Baltimore, Maryland 21201-3606
      wam@wamcd.com

      Debra L. Roth
      Shaw Bransford Veilleux & Roth, P.C.
      1100 Connecticut Avenue, N.W., Suite 900
      Washington, D.C. 20036
      droth@shawbransford.com

      Allan N. Taffet
      Joshua C. Klein
      Duval & Stachenfeld, LLP
      300 East 42nd Street
      New York, New York 10017
      ataffet@dsllp.com
      jklien@dsllp.com

        James J. Keefe
        1399 Franklin Avenue
        Garden City, New York 11530
        jkeefe@nylawnet.com

      I also certify that on this date, I sent by U.S. Mail a copy of the foregoing Notice of Motion to Dismiss the Fourth Amended Complaint and accompanying Memorandum of Law to *pro se* Defendant Joseph Cuciti at his home address, which was privately circulated by his former counsel so as not to publish it on court filings.


Dated:  November 12, 2010                                     /s/
                                                                               David E. Bell