IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBRAHIM TURKMEN, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:02cv2307 (JG) (SG) |
| ) | |
| JOHN ASHCROFT, Attorney General of ) | |
| the United States, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

David E. Bell of Crowell & Moring LLP hereby withdraws his appearance as counsel for Dennis Hasty in the above-captioned matter. Mr. Hasty will continue to be represented by Crowell & Moring LLP.

                                                           Respectfully submitted,

                                                           /s/

David E. Bell (DB 4684)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Fax: 202-628-5116
E-mail: dbell@crowell.com

*Counsel for Defendant Dennis Hasty*

Dated: March 28, 2012

**CERTIFICATE OF SERVICE**

  I hereby certify that on this date, I electronically filed the foregoing Notice of Withdrawal with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in the case as follows:

    Rachel Anne Meeropol
    Michael Winger
    Center for Constitutional Rights
    666 Broadway 7th Floor
    New York, New York 10012
    RachelM@ccrjustice.org
    michael1winger@gmail.com

    Dennis C. Barghaan, Jr.
    Assistant U.S. Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    dennis.barghaan@usdoj.gov

    Craig Lawrence
    United States Attorney's Office for the District of Columbia
    555 4th Street, N.W.
    Washington, D.C. 20001
    craig.lawrence@usdoj.gov

    William Alden McDaniel, Jr.
    Law Office of William Alden McDaniel, Jr.
    118 West Mulberry Street
    Baltimore, Maryland 21201-3606
    wam@wamcd.com

    Debra L. Roth
    Shaw Bransford Veilleux & Roth, P.C.
    1100 Connecticut Avenue, N.W., Suite 900
    Washington, D.C. 20036
    droth@shawbransford.com

    Allan N. Taffet
    Joshua C. Klein
    Duval & Stachenfeld, LLP
    300 East 42nd Street
    New York, New York 10017
    ataffet@dsllp.com
    jklien@dsllp.com

       James J. Keefe
       1399 Franklin Avenue
       Garden City, New York 11530
       jkeefe@nylawnet.com

  I also certify that on this date, I sent by U.S. Mail a copy of the foregoing Notice of Withdrawal to *pro se* Defendant Joseph Cuciti at his home address, which was privately circulated by his former counsel so as not to publish it on court filings.

Dated: March 28, 2012               /s/
                        David E. Bell