UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IBRAHIM TURKMEN, et al.,                          :
                                                  :
                         Plaintiffs,              :
                                                  :        02-CV-2307 (JG)(SMG)
         v.                                       :
                                                  :
JOHN ASHCROFT, Attorney General of the            :
United States, et al.,                            :        **NOTICE OF APPEARANCE**
                                                  :
                         Defendants.              :
---------------------------------------------------------------X

To the Clerk of Court and all Parties of Record:

PLEASE TAKE NOTICE that the undersigned appears as counsel for defendant James Sherman and hereby requests that all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated:  Washington, D.C.
        March 7, 2013

                                        Respectfully submitted,

                                         /s/ Julia H. Perkins
                                        Julia H. Perkins
                                        SHAW, BRANSFORD & ROTH, PC
                                        Attorney for Defendant James Sherman
                                        1100 Connecticut Avenue, N.W., Suite 900
                                        Washington, D.C. 20036
                                        (202) 463-8400 (telephone)
                                        (202) 833-8082 (facsimile)
                                        jperkins@shawbransford.com

                                        **CERTIFICATE OF SERVICE**

1

I hereby certify that on March 7, 2013, I caused the foregoing Notice of Appearance to be served upon all counsel of record and unrepresented parties via the Court's CM/ECF system.

                                             /s/ Julia Perkins_____

                                             Julia Perkins

And by U.S. Mail to the following party:

Mr. Joseph Cuciti
3944 Howard Avenue
Seaford, NY 11783

\_\_\_\_\_/s/_____
Julia Perkins

2