UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBRAHIM TURKMEN, AHMER ABBASI, ANSER MEHMOOD, BENAMAR BENATTA, SHAKIR BALOCH, AHMED KHALIFA, SAEED HAMMOUDA, YASSER EBRAHIM, ASHRAF IBRAHIM, HANY IBRAHIM, SYED AMJAD ALI JAFFRI, AKIL SACHVEDA, ASIF-UR-REHMAN SAFFI, and PURNA RAJ BAJRACHARYA on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>JOHN ASHCROFT, former Attorney General of the United States, ROBERT MUELLER, Director of the Federal Bureau of Investigation, JAMES W. ZIGLAR, former Commissioner of the Immigration and Naturalization Service, DENNIS HASTY, former Warden of the Metropolitan Detention Center (MDC), MICHAEL ZENK, former Warden MDC, JAMES SHERMAN, former MDC Associate Warden for Custody; SALVATORE LOPRESTI, former MDC Captain; JOSEPH CUCITI, MDC Lieutenant, HOWARD GUSSAK, MDC Lieutenant, STEVEN BARRERE, MDC Lieutenant, WILLIAM BECK, MDC Lieutenant, LINDSEY BLEDSOE, MDC Lieutenant, ELIZABETH TORRES, MDC Lieutenant, MARCIAL MUNDO, MDC Lieutenant, DANIEL ORTIZ, MDC Lieutenant, RAYMOND COTTON, MDC Counselor, JAMES CUFFEE, MDC Counselor, MICHAEL DEFRANSISCO, MDC Correctional Officer, RICHARD DIAZ, MDC Correctional Officer, KEVIN LOPEZ, MDC Correctional Officer, MARIO MACHADO, MDC Correctional Officer, MICHAEL MCCABE, MDC Correctional Officer, RAYMOND MICKEAS, MDC Correctional Officer, JON OSTEEN, MDC Correctional Officer, STUART PRAY, MDC Lieutenant, BRIAN RODRIGUEZ, MDC Correctional Officer, SCOTT ROSEBERY, MDC Correctional Officer, CHRISTOPHER WITSCHEL, MDC Correctional Officer, PHILLIP BARNES, MDC Correctional Officer, SYDNEY CHASE, MDC Correctional Officer, and JOHN DOES,<br><br>       Defendants. | Civil Action No. 02-cv-2307<br>**NOTICE OF APPEAL** |

Notice is hereby given that James Sherman, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order partially denying defendants' motions to dismiss entered in this action on the 15th day of January, 2013 (Doc. No. 767).

Dated: March 15, 2013

Debra L. Roth
Julia H. Perkins
Shaw Bransford & Roth P.C.
100 Connecticut Ave. NW, Suite 900
Washington, DC 20036
(202) 463-8400 (telephone)
(202) 833-8082 (facsimile)
droth@shawbransford.com
jperkins@shawbransford.com

Respectfully submitted,

/s/ Justin V. Shur
Justin V. Shur
Jeffrey A. Lamken
MoloLamken LLP
600 New Hampshire Ave. NW, Suite 660
Washington, DC 20037
(202) 556-2000 (telephone)
(202) 556-2001 (facsimile)
jshur@mololamken.com
jlamken@mololamken.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2013, I caused the foregoing Notice of Appeal to be served upon all counsel of record and unrepresented parties via the Court's CM/ECF system.

/s/ Justin V. Shur
Justin V. Shur
